IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20cr2 TSL-FKB

IOAN MIC  18 U.S.C. § 1029(a)(1)

**The Grand Jury charges:**

On or about August 31, 2019, in Rankin County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **IOAN MIC**, did knowingly and with intent to defraud, used, or trafficked counterfeit gift cards containing personal identifying customers' bank account numbers, to obtain cash, using one or more counterfeit access devices, said use or trafficking was in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(1), (c)(1)(A)(i).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars

Supporting it.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1028(b), and 1029(c)(1)(C).

/s/ Darren J. LaMarca for
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 15 day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE